LAW LIBRARY

NO. 29147

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the Adoption of

A FEMALE CHILD, BORN ON OCTOBER 3, 2004, by P.N. and J.N., Petitioners-Appellants.

2010 JAN 28 AM 9:43 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-A NO. 01-1-0029)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioners-appellants P.N. and J.N.'s application for writ of certiorari, filed December 14, 2009, is hereby accepted. The parties will be notified by the appellate clerk regarding scheduling of oral argument, if any.

DATED: Honolulu, Hawai'i, January 28, 2010.

P. N. and J. N.,
petitioners-appellants,
appearing pro se

Emiko L. T. Meyers (of Legal
Aid Society of Hawai'i-Kaua'i),
for natural mother

FOR THE COURT:

Chief Justice

SEAL

_____

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

-1-